UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESUS TACORONTE
   Plaintiff

Case No. 6:10-cv-1395-Orl-28DAB

-v-

CITIMORTGAGE, CENTRAL CREDIT SERVICES
   Defendants

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Unknown

2.) the name of every other entity whose public-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Unknown

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Unknown

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Jesus Tacoronte

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: October 18, 2010

Respectfully submitted,

*[signature]*

Jesus Tagoronte
2941 Tindall Acres Road
Kissimmee, FL 34744
407-401-2663
Tbmissions@gmail.com