UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2010 NOV -3 PM 3: 32
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

JESUS TACORONTE

    Plaintiff

    Case No. 6:10-cv-1395-JA-DAB

-v-

CITI MORTGAGE,

CENTRAL CREDIT SERVICES

    Defendants

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS CITI'S MOTION TO STRIKE PLAINTIFF'S JURY TRIAL

Plaintiff Jesus Tacoronte, hereby responds to Defendant Citi Mortgage Motion to Strike Plaintiff's Demand for Jury Trial.

1. This action was brought because of the Defendants violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227, Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692 and the Florida Consumer Collection Practices Act (FCCPA), FLA. STAT. §559(Part VI).

2. Defendant Citi's Motion to Strike Plaintiffs Demand For Jury Trial might be applicable if the Plaintiff had a mortgage with Citi. Since the Plaintiff denies the fact that he has any obligation to Citi and Citi has not offered the Plaintiff any evidence that Plaintiff in fact has any contractual or other obligation to Citi, it is obvious on its face the motion is warrantless.

3. The attached exhibits Citi presented to substantiate their motion makes it clear that the alleged contractual obligation, if any, is with GB Home Equity, LLC not Citi. In other words Citi cannot claim a defense using an agreement Citi is not a party to.

4. Despite the fact that the Plaintiff has no obligation to Citi and Citi's defenses are meritless, the fact remains that Citi is in violation of several Federal Acts that have little or no defenses. The jury trial waiver does not apply to Plaintiff.

5. While Citi claims that the Plaintiff's allegations arise from and relate directly to the mortgage and note, they in fact do not. The allegations arise from Citi's violating Federal laws put in place to limit such debt collector behavior and protect the rights of the consumer.

6. Defendant Citi claims that the Plaintiff "unlawfully" attempted to disavow the contractual waiver of trial by demanding a jury trial in the case. It is perfectly clear that Citi is in fact disavowing the Plaintiffs demand by attempting to mislead the Court by claiming to have a right under some alleged agreement that Citi is obviously is not a party to. In other words, their claims are contrived and nothing more.

7. While Citi seems to not know if it is related to a foreclosure action or security interest activity, if they are servicer or assignee, it is irrelevant to Citi's motion as Citi has offered no evidence that Citi is any of the above and Citi's motion should be denied for its misleading basis.

**WHEREFORE,** Plaintiff respectfully requests that Defendants Motion To Strike Plaintiffs Demand for Jury Trial be denied.

Respectfully Submitted,

_____
Jesus Tacoronte

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 3rd day of November, 2010.

Respectfully,

_____
Jesus Tacoronte
2941 Tindall Acres
Kissimmee, FL 34744
407-401-2663
TBMissions@gmail.com