UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESUS TACORONTE

    Plaintiff                                                 Case No. 6:10-cv-1395-Orl-28DAB

-v-

CITI MORTGAGE,

CENTRAL CREDIT SERVICES,

NATIONSTAR MORTGAGE, LLC

    Defendants

_____/

## CERTIFICATION OF CONFERENCE

Plaintiff, Jesus Tacoronte, certifies that on January 11, 2011 he emailed in good faith to Dayle Van Hoose, Michael Starks, and Bill Grey the proposed Amended Complaint and Motion to Amend requesting a call if there was any opposition as required by Local Rule 3.01(g).

Plaintiff received no return email or phone calls from opposing council regarding opposition to the Amended Complaint and Motion to Amend.

On January 12th, Plaintiff filed with this Court both the Amended Complaint and the Motion to Amend.

After leaving several phone messages on January 20th, 2011 with all the Defendants the Plaintiff has yet to receive a return call from either but rather Defendants council has chosen to communicate via email.

Daye Van Hoose, Attorney for Central Credit Services, indicated that she did not oppose the motion via email which is attached.

Bill Gray, Attorney for Citi Mortgage, refuses to confer with Plaintiff and Plaintiff will continue to call daily until such time he is able to confer via telephone. At that point an Amended Certification of conference.

Bill Grey did oppose the filings of both the Amended Complaint and the Motion to Amend via email which is attached.

*Jesus Tacoronte*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 25th day of January, 2011.

Respectfully,

Jesus Tacoronte
2941 Tindall Acres
Kissimmee, FL 34744
407-401-2663
TBMissions@gmail.com

To: "Erika L. Vap" <evap@sessions-law.biz>
Cc: "Van Hoose, Dayle" <dvanhoose@sessions-law.biz>, michael.starks@akerman.com, bill.gray@akerman.com, william.heller@akerman.com

Good morning,

Attached are the disclosures in the pending matters.

Respectfully,

Jesus Tacoronte

[Quoted text hidden]

---

**3 attachments**

📄 **Mandatory disclosures Central.pdf**
100K

📄 **Disclosure Citi.pdf**
82K

📄 **Cert for Disclosures.pdf**
18K

---



**Jesus Tacoronte <tbmissions@gmail.com>**     Tue, Jan 11, 2011 at 2:44 PM
To: "Erika L. Vap" <evap@sessions-law.biz>
Cc: "Van Hoose, Dayle" <dvanhoose@sessions-law.biz>, michael.starks@akerman.com, bill.gray@akerman.com, william.heller@akerman.com

Good afternoon,

Attached you will find my Motion to Amend along with the first amended complaint.

If you have any comments feel free to call me.

Respectfully,

Jesus Tacoronte

[Quoted text hidden]

---

**2 attachments**

📄 **Amended Citi.pdf**
1307K

📄 **MTA Citi.pdf**
98K



Jesus Tacoronte <tbmissions@gmail.com>

# Re: Certificate of Conference
2 messages

**Jesus Tacoronte <tbmissions@gmail.com>**  Thu, Jan 20, 2011 at 10:53 AM
To: "Van Hoose, Dayle" <dvanhoose@sessions-law.biz>
Bcc: bill.gray@akerman.com

Good morning,

I need to speak with you so I can confirm we spoke about the amended Complaint.

I left you a message this morning.

Respectfully,

Jesus Tacoronte

---

**Van Hoose, Dayle <dvanhoose@sessions-law.biz>**
To: Jesus Tacoronte <tbmissions@gmail.com>
Cc: "Erika L. Vap" <evap@sessions-law.biz>

Jesus,

I spoke to my client, and we do not oppose your motion.

Call me with any questions.

Dayle



SESSIONS FISHMAN NATHAN & ISRAEL LLC

Dayle Van Hoose, Attorney | Sessions, Fishman, Nathan & Israel, L.L.C.
Direct: 813.890.2463 | Fax: 866.466.3140 | dvanhoose@sessions-law.biz
3350 Buschwood Park Dr., Suite 195, Tampa, FL  33618 | Main: 813.890.2460
Direct Links:  BIO • EMAIL • WEBSITE
California • Colorado • Florida • Illinois • Louisiana • New Jersey • New Yo

---

**From:** Jesus Tacoronte [mailto:tbmissions@gmail.com]
**Sent:** Thursday, January 20, 2011 10:54 AM

**To:** Gray, Bill (Sh-Orl); Heller, William (Sh-Ftl)
**Subject:** RE: second request please

Good morning gentleman,

I got the green light from Dayle to file the certificate of conference and no opposition to the amended complaint. Please let me know as soon as possible as I want to get this done no later than Monday.

Have a great weekend,

Jesus Tacoronte



Jesus Tacoronte <tbmissions@gmail.com>

# Tacoronte: Objection to filing of Motion to Amend Complaint and the Amended Complaint

1 message

**bill.gray@akerman.com** <bill.gray@akerman.com>  Fri, Jan 21, 2011 at 9:56 PM
To: tbmissions@gmail.com
Cc: william.heller@akerman.com

Dear Mr. Tacoronte, Please be advised that we do object to your filing of the motion to amend the complaint and the amended complaint itself which we intend to oppose. Have a great weekend also. Sincerely, Bill Gray

William P. ("Bill") Gray, III
**AKERMAN SENTERFITT**
Post Office Box 231
420 South Orange Avenue
Suite 1200
Orlando, Florida 32801
main 407-423-4000 ext. 28431
direct 407-419-8431
fax 407-843-6610
bill.gray@akerman.com


V Card | Bio | akerman.com



**Akerman Senterfitt • Akerman Senterfitt LLP • Attorneys at Law**
BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI
NEW YORK   ORLANDO   PALM BEACH   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.   WEST PALM BEACH
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Jesus Tacoronte [mailto:tbmissions@gmail.com]
**Sent:** Friday, January 21, 2011 9:58 AM