**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JESUS TACORONTE,**

          **Plaintiff,**

**-vs-**                               **Case No. 6:10-cv-1395-Orl-28DAB**

**CITI MORTGAGE, CENTRAL CREDIT
SERVICES,**

          **Defendants.**
_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION TO AMEND COMPLAINT (Doc. No. 25)**
>
> **FILED:**      **January 25, 2011**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as untimely and based on a lack of any showing of relatedness to the claims in the Complaint.[1]

**DONE** and **ORDERED** in Orlando, Florida on February 9, 2011.

                                                  *David A. Baker*
                                       DAVID A. BAKER
                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] If Plaintiff wants to pursue a claim against Nationstar Mortgage, LLC, he must do so in a separate action.