UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2011 JUN -2 PM 1:28

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

JESUS TACORONT,

    Plaintiff,

v.

CASE NO: 6.10-cv-01395-JA-DAB

CITI MORTGAGE; and
CENTRAL CREDIT SERVICES

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT AGREEMENT

Plaintiff Jesus Tacoronte, proceeding *pro se*, hereby submits this Notice of Settlement pursuant to Local Rule 3.08, and states that Mr. Tacoronte and Citi have reached a settlement of all issues in this case. Presently, Mr. Tacoronte and Citi are executing the settlement agreement and drafting the appropriate dismissal documents. Upon execution of the same and completion of certain conditions called for by the settlement agreement, Plaintiff/or Citi will file a Joint Stipulation for Voluntary Dismissal with Prejudice of Defendant CitiMortgage, Inc. with the Court.

Dated June ___, 2011.

Respectfully submitted,

_____
Jesus Tacoronte
*Pro Se*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1 day of June, 2011, I mailed the foregoing document by U.S. mail to: **Latasha Marshall-Scott, Esq.** 401 E. Jackson Street, Suite 1700, Tampa, FL 33602 (e-mail: tbmissions@gmail.com); **Dayle M. Van Hoose, Esq.**, 3350 Buschwood Park Drive, Suite 195, Tampa, Florida 33618 (e-mail: dvanhoose@sessions-law.biz), counsel for Central Credit Services.

Jesus Tacoronte
*Pro Se*