



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESUS TACORONT,

    Plaintiff,

v.                             CASE NO: 6.10-cv-01395-JA-DAB

CITI MORTGAGE; and
CENTRAL CREDIT SERVICES

    Defendants.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jesus Tacoronte, proceeding *pro se*, and Defendant CitiMortgage, Inc. ("Citi"), by and through its undersigned counsel, hereby voluntarily dismiss this action against Citi, *with prejudice*. Mr. Tacoronte and Citi are to bear their own costs and attorneys' fees except as provided in the parties' Settlement Agreement.

_____
Jesus Tacoronte
*Pro se*
2941 Tindall Acres
Kissimmee, FL 34744
Telephone: (407) 401-2663
tbmissions@gamil.com

_____
William P. Gray, Esq.
Fla. Bar No.: 0983993
E-mail: william.gray@akerman.com
Latasha Marshall-Scott, Esq.
Fla. Bar No.: 0052316
E-mail: latasha.marshall-scott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813)223-7333
Facsimile: (813)223-2837

-and-

...

William P. Heller, Esq.
Florida Bar No.. 987263
william.heller@akerman.com
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone. 954-463-2700
Facsimile. 954-463-2224

*Attorneys for CitiMortgage, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June, 2011, I mailed the foregoing document by U.S. mail to: Latasha Marshall-Scott, Esq. 401 E. Jackson Street, Suite 1700, Tampa, FL 33602 (e-mail: tbmissions@gmail.com); Dayle M. Van Hoose, Esq., 3350 Buschwood Park Drive, Suite 195, Tampa, Florida 33618 (e-mail: dvanhoose@sessions-law.biz), counsel for Central Credit Services.

Jesus Tacoronte, *Pro Se*